IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
FEB 05 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                           CRIMINAL NO. 3:14cr45 HTW-FKB

JAMIE MICHELLE OCHOA                          18 U.S.C. § 1952(a)(1)

**The Grand Jury Charges:**

On or about June 4, 2013, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **JAMIE MICHELLE OCHOA**, aided and abetted by others known and unknown, did travel in interstate commerce from the State of Texas to the State of Mississippi, with intent to distribute the proceeds of an unlawful activity, said unlawful activity being a business enterprise involving the distribution of controlled substances in violation of Section 841(a)(1), Title 21, United States Code, and thereafter the defendant, **JAMIE MICHELLE OCHOA,** did perform and attempt to perform acts to distribute the proceeds of the unlawful activity, all in violation of Section 1952(a)(1) and Section 2, Title 18, United States Code.

NOTICE OF FORFEITURE

As a result of the offense specified above, **JAMIE MICHELLE OCHOA**, shall forfeit to the United States, pursuant to Section 981(a)(1)(C), Title 18, United States Code, as incorporated by Section 2461, Title 28, United States Code, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation.

Further, if any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon exercise of due diligence; b)  has been transferred or sold

to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, pursuant to Section 853(p), Title 21, United States Code, to seek a judgment of forfeiture of any other property of said defendants up to the value of the forfeitable property described in this indictment or any bill of particulars supporting it.

All pursuant to Sections 981(a)(1)(C), Title 18, United States Code; Section 853, Title 21, United States Code; and Section 2461, Title 28, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 5th day of February, 2014.

United States Magistrate Judge